LILLIAN MILLER KATZ v. WILLIAM KATZ.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Glennon and Untermyer, JJ.

SALLY S. LINDSAY v. MORTON H. FRY and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Glennon and Untermyer, JJ.

In the Matter of the Application of VINCENT FOUNDATION CORPORATION to Compel Arbitration by MACSHER REALTY CORPORATION.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted, pending the granting or final refusal by the Court of Appeals of leave to appeal. Present — Martin, P. J., McAvoy, O'Malley, Glennon and Untermyer, JJ.

YETTA GLADSTEIN v. NEW YORK LIFE INSURANCE COMPANY.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Glennon and Untermyer, JJ.

LOIS Z. GUCK v. KING FEATURES SYNDICATE, INC.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Untermyer and Cohn, JJ.

In the Matter of the Construction of the Last Will and Testament of FRANCIS V. SLATTERY, Deceased. MARGARET HESBURGH and JOHN T. DENNEHY, as Executor, etc. MARY SLATTERY and JOHN SLATTERY and ANTHONY J. DAINO and EMIL N. BAAR, as Two of the Executors, etc.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

ANNA ZYLBERMAN, Also Known as ANNA SILVERT, v. BORICH ZYLBERMAN, Also Known as BORIS SILVERT, Impleaded, etc.— Motion for reargument denied, with ten dollars costs, and stay vacated. Present — Martin, P. J., McAvoy, O'Malley, Glennon and Untermyer, JJ.

FREY & HORGAN v. HOME INSURANCE COMPANY.— Motion granted and the amount of the judgment reduced by $371.55. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Glennon and Cohn, JJ.

SCHERING & GLATZ, INC., v. AMERICAN PHARMACEUTICAL CO., INC., and PHILIP KACHURIN and THE CHEMICAL FOUNDATION, INCORPORATED, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

LEIGH CHEMISTS, INC., v. LEIGH COSMETICS, INC., and WILLIAM H. HARDY.— Motion for a reargument denied, with ten dollars costs, and stay vacated. Present — Martin, P. J., O'Malley, Townley, Untermyer and Cohn, JJ.

MARIA PUZZIO DIBELLIS v. ANTHONY RUGGIERO and LOUIS NATELLA, Impleaded with TERESA NATELLA.— Motion granted as indicated in order. Present — Martin, P. J., O'Malley, Townley, Untermyer and Cohn, JJ.

### (February 19, 1937.)

NEOSTYLE ENVELOPE COMPANY, INC., Respondent, v. BOARD OF EDUCATION OF THE CITY OF NEW YORK, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Cohn, JJ.